### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WAVE LINX LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**LOOPUP LLC,**<br><br>    Defendant. | Civil Action No.: 1:21-cv-01740-ER |

### JOINT MOTION TO DIMISS

Now come Plaintiff, Wave Linx LLC, and Defendant, LoopUp LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant LoopUp LLC and all counterclaims against Plaintiff Wave Linx LLC WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: September 9, 2022

Respectfully submitted,

/s/ Andrew S. Curfman
Andrew S. Curfman (*Pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Andrew.Curfman@sswip.com

Nicholas Loaknauth
Law Office of Nicholas Loaknauth, P.C.
SDNY Bar No. NL0880
1460 Broadway
New York, New York 10036
Telephone: (212) 641-0745
Facsimile: (718) 301-1247
Email: nick@loaknauthlaw.com

ATTORNEYS FOR PLAINTIFF

FISHERBROYLES, LLP

*/s/ Christopher R. Kinkade*
Christopher R. Kinkade (CK-2950)
445 Park Avenue – Ninth Floor
New York, New York 10022
Telephone: (609) 415-0101
Facsimile: (609) 201-1328
Email: Christopher.kinkade@fisherbroyles.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on September 9, 2022.

*/s/ Andrew S. Curfman*
Andrew S. Curfman

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Date:   September 12, 2022
           New York, New York

2